UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APERTURE NET LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HTC AMERICA INC,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-cv-01746-RAJ-BAT<br><br>**ORDER EXTENDING DEADLINE TO SUBMIT JOINT STATUS REPORT** |

On January 30, 2020, the Court set dates for a Rule 26(f) conference, initial disclosures, and the submission of a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) ("JSR"). *See* Dkt. 12. The parties did not submit a JSR or seek an extension of the deadline. The Court shall amend the deadline and directs the parties to advise the Court immediately as to why they are unable to comply.

Accordingly, it is **ORDERED** that the parties shall submit a JSR by **April 24, 2020**. The parties are referred to the Court's Order (Dkt. 12) regarding the content of the report.

DATED this 1st day of April, 2020.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER EXTENDING DEADLINE TO
SUBMIT JOINT STATUS REPORT - 1