1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**APERTURE NET LLC**,

    Plaintiff,

  vs.

**HTC AMERICA, INC.**,

    Defendant.

Case No. 2:19-cv-01746-RAJ-BAT

~~**PROPOSED**~~ **ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINES ON OBJECTIONS TO REPORT AND RECOMMENDATION ON MOTION TO DISMISS**

Based upon the stipulation of the parties (Dkt. 26), it is **ORDERED** that the deadline for

Plaintiff Aperture Net LLC and Defendant HTC America, Inc. to file objections to the Report

and Recommendation Regarding Defendant's Motion to Dismiss (Dkt. 24) is extended until

**May 13, 2020** and noted for **May 15, 2020**.

Dated this 16th day of April, 2020.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER – 1
Case No. 2:19-cv-01746-RAJ-BAT