THE HONORABLE RICHARD JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**APERTURE NET LLC**,

           Plaintiff,

vs.

**HTC AMERICA, INC.**,

           Defendant.

Case No. 2:19-cv-01746-RAJ-BAT

**UNOPPOSED MOTION TO EXTEND
DEADLINES ON OBJECTIONS TO
REPORT AND RECOMMENDATION ON
MOTION TO DISMISS**

NOTE ON MOTION CALENDAR:
May 13, 2020

        Defendant HTC America, Inc. respectfully requests that the Court extend the deadline for

HTC America Inc.'s objections to the Report and Recommendation Regarding Defendant's

Motion to Dismiss (Dkt. 24), due on May 13, 2020 to May 27, 2020.  This Court previously

granted the parties' joint stipulation to extend this deadline to May 13, 2020.  The parties are

discussing settlement and additional time before further action on this matter would assist with

settlement. This motion is unopposed by Plaintiff Aperture Net LLC.

Respectfully submitted,

1   Dated May 12, 2020.

2                                           MASCHOFF BRENNAN

3                                           By:  */s/ Inge Larish*

4
                                            Inge Larish (WSBA No. 34954)
5                                           MASCHOFF BRENNAN
                                            GILMORE ISRAELSEN & WRIGHT PLLC
6                                           2211 Elliott Ave., Suite 200
                                            Seattle, WA 98121
7                                           ilarish@mabr.com
                                            Telephone: (206) 455-2907
8

9                                           ATTORNEYS FOR DEFENDANT,
                                            HTC AMERICA, INC.
10

11                      **CERTIFICATE OF SERVICE**

12          I hereby certify that on May 12, 2020, I caused a true and correct copy of this document

13   to be served on all counsel of record via ECF pursuant to local rules.

14

15   DATED this 12th day of May, 2020.          By:    */s/ Inge Larish*

16                                                     Inge Larish

17

18

19

20

21

22

23

24

25

26

MOTION TO EXTEND DEADLINES– 2
Case No. 2:19-cv-01746-RAJ-BAT